UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JOEL GERBER<br><br>Plaintiff,<br><br>v.<br><br>(1) AUBREY K. MCCLENDON, (2) RICHARD K. DAVIDSON, (3) KATHLEEN M. EISBRENNER, (4) V. BURNS HARGIS, (5) FRANK KEATING, (6) CHARLES T. MAXWELL,(7) MERRILL A. ("PETE" MILLER, JR. ,(8) DON L. NICKLES, (9) LOUIS A. SIMPSON, (10) BREENE M. KERR, and (11) FREDERICK B. WHITTEMORE,<br><br>Defendants,<br><br>and<br><br>(1) CHESAPEAKE ENERGY CORPORATION,<br><br>Nominal Defendant. | Case No. 5:12cv584-M |

**PLAINTIFF JOEL GERBER'S SUPPORT OF
PLAINTIFF GREG ERICKSON'S MOTION TO CONSOLIDATE AND
APPOINT LEAD COUNSEL**

COMES NOW Joel Gerber ("Gerber") who respectfully joins the motion of plaintiff Greg Erickson ("Motion") as it seeks to appoint Greg Erickson as Lead Plaintiff and the law firms of Robbins Umeda LLP ("Robbins Umeda"), Holzer Holzer & Fistel, LLC ("Holzer Firm") and Johnson & Weaver, LLP ("Johnson & Weaver") as Co-Lead Counsel for the Consolidated Litigation and Derrryberry & Naifeh LLP as Liaison Counsel (collectively with proposed Co-Lead Counsel, "Proposed Lead Counsel"). Gerber opposes the various other motions to consolidate and appoint lead counsel in the related 2012 Derivative Actions filed in this Court on behalf of Chesapeake Energy Corporation ("Chesapeake" or the "Company")

The Court has been burdened with volumes of papers on the issue of lead counsel in the consolidated case. We will not repeat the detailed arguments of plaintiff Greg Erickson in support of his motion for consolidation and appointment of Lead Counsel. The Bragar Wexler Eagel & Squire, P.C. firm has worked previously with the Robbins Umeda firm both as co-lead counsel and as supporting counsel in consolidated class and derivative actions and can attest to their high level of professionalism. Since they have been representing Chesapeake shareholders for years and have the ability to continue to do so, they deserve to continue as co-lead counsel in a consolidated action.

DATED: June 28, 2012

Respectfully submitted,

BRAGAR WEXLER EAGEL & SQUIRE, .P,C.

By: _____
RAYMOND A. BRAGAR (pro hac vice)
bragar@bragarwexler.com
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-5858
Fax: (212) 486-0462

DERRYBERRY & NAIFEH, LLP
Darren Derryberry
dderryberry@derryberrylaw.com
4800 North Lincoln Boulevard
Oklahoma City, OK  73105
Telephone: (405) 708-6784
Facsimile:  (405) 528-6462

*Attorneys for Plaintiff Joel Gerber*